UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Angel L. Montero</u>

        v.                      Civil No. 10-cv-85-JL

<u>US Social Security Administration, Commissioner</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated November 18, 2010, no objection having been filed.

SO ORDERED.

December 20, 2010                                   _____
                                                           Joseph N. Laplante
                                                          United States District Judge

cc:    Robert J. Rabuck, AUSA
        Stephen C. Buckley, Esq.